# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

|  |  |  |
|---|---|---|
| DEJANIRA VIELMA RODRIGUEZ, | ) | Case No. |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
| -v- | ) |  |
|  | ) |  |
| UNITED STATES, | ) |  |
|  | ) |  |
| Defendant | ) |  |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE PURSUANT TO THE FEDERAL TORT CLAIMS ACT("FTCA")

### JURISDICTIONAL STATEMENT

1. This Court has jurisdiction of the subject matter of the within action pursuant to the Federal Tort Claims Act ("FTCA") specifically 28 U.S.C. §1346(b), § 1402(b), § 2401(b), and §§ 2671-2680 and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

2. All jurisdictional prerequisites have been satisfied pursuant to 28 U.S.C § 2675.

3. The incident giving rise occurred in Miami-Dade County, FL and pursuant to 28 U.S.C. venue is proper.

4. The Federal Tort Claims Act gives jurisdiction for causes of action involving injury caused by the negligence of any employee of the United States Government.

### PARTIES

5. Plaintiff, DEJANIRA VIELMA RODRIGUEZ, is a citizen of the State of Florida, County of Miami-Dade, and resides at 1225 Marseille Drive, Apt. 19, Miami Beach, Florida, 33141.

6. Defendant, UNITED STATES, is the proper Defendant pursuant to the Federal Tort Claims Act- 28 U.S.C. because the at fault driver in the subject motor vehicle accident-David Flagg was an employee of the United States ("US Navy") acting within the scope of his employment at the time of the incident.

## COUNT I- NEGLIGENCE AGAINST UNITED STATES

Plaintiffs, by reference, reiterate and adopt paragraphs 1 through 6 and further states:

7. On or about July 29, 2016, Plaintiff, DEJANIRA VIELMA RODRIGUEZ, was operating a motor vehicle in Miami-Dade County, Florida heading southbound on Central Boulevard.

8. At that time and place, Defendant, UNITED STATES, by and through its employee-David Flagg negligently operated a motor vehicle by failing to come to a proper stop while approaching upcoming traffic, causing a multi-vehicle collision which caused impact to the rear of Plaintiff's motor vehicle.

9. Plaintiff could not have prevented the Defendant's vehicle from making an impact with her vehicle.

10. At the aforementioned time and place, Defendant, UNITED STATES, by and through its employee-David Flagg owed a duty to the general public and other motorists, including Plaintiff, to operate and/or maintain their vehicle in a reasonable and safe manner and to follow all applicable traffic laws, regulations, codes, and the standard of care for motor vehicle operators.

11. Defendant, UNITED STATES, by and through its employee-David Flagg breached the foregoing duties by:

    a. Failing to use reasonable care under the circumstances;

    b. Failing to follow the accepted standard of care for motor vehicle operators;

    c. Violating Florida traffic laws and codes for operation of a motor vehicle;

    d. Failing to keep a proper look out; and

    e. Failing to come to a proper stop while approaching a stopped vehicle.

12. As the direct and proximate result of Defendant, UNITED STATES, by and through its employee-David Flagg's breach of duty, Plaintiff, DEJANIRA VIELMA RODRIGUEZ, sustained severe permanent injuries and damages, cost of medical treatment, loss of earning capacity, loss of earnings, pain and suffering, and other consequential damages.

## DEMAND FOR RELIEF

13. On Count I, the Plaintiff, DEJANIRA VIELMA RODRIGUEZ, demands judgement against Defendant, UNITED STATES, in the amount of all damages proved at trial plus interest and costs, if allowable.

## DEMAND FOR BENCH TRIAL

Plaintiff, DEJANIRA VIELMA RODRIGUEZ, demands a bench trial in the within action pursuant to 28 U.S.C.

Dated this 25th day of June, 2019.

RAPOSO & LUKACS, PLLC.
Counsel for Plaintiff
2 Alhambra Plaza, Suite 620
Coral Gables, FL 33134
T: (305) 567-0777 | F: (305) 675-3207
Email: eservice@rlinjurylawyers.com

By: _____
JOSE A. RAPOSO, JR. ESQ.
Fla. Bar No.: 94042